# Boscov's

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

| | |
|---|---|
| CHECK NO: | A255902 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 5/10/2019 |
| PERIOD BEG/END: | 04/28/2019 - 05/04/2019 |
| PAY FREQUENCY: | WEEKLY |

MCSHANE LLOYD, LISA
424 BEN TITUS ROAD
TAMAQUA, PA 18252

ID NUMBER: 0009222209
BASE RATE: 10.2500

| STATUS | EXEMPT | TAX ADJUSTMENTS: | | STATE AND LOCAL CODES | |
|---|---|---|---|---|---|
| FED: MARRIED | 0 | FED: | ST1: | PRI: PA LOC1: HT LOC3: | |
| ST1: | 0 | DI/UC: | | SEC: LOC2: LOC4: HL | |
| ST2: | | LOCAL: | ST2: | LOC5: | |

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 10.2500 | 23.07 | 236.47 |
| CREDIT INCENT | | | 4.00 |
| TOTAL HOURS WORKED | | 23.07 | |
| TOTAL CURRENT HOURS/EARNINGS | | 23.07 | 240.47 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 554.30 | 5,681.61 |
| PERSONAL | | 5.50 | 56.38 |
| PAID DAY OFF | | 2.75 | 28.19 |
| CREDIT INCENT | | | 94.00 |
| PRIZE & AWARD | | | 35.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 562.55 | 5,895.18 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 14.91 | 365.50 |
| MEDICARE TAX | 3.49 | 85.48 |
| FED INC TAX | .00 | 127.07 |
| PRI-STATE TAX | 7.38 | 180.97 |
| PRI-LOCAL TAX | 2.40 | 58.94 |
| 4-LOCAL TAX | 1.00 | 19.00 |
| SDI/UC TAX | .15 | 3.54 |
| TOTAL TAXES | 29.33 | 840.50 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 3.61 |
| MATCHYTD | 87.93 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K% | -14.43 | -351.61 |
| TOTAL PRE-TAX ITEMS | -14.43 | -351.61 |

### AFTER-TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
|---|---|---|
| PRIZE & AWARD | .00 | 35.00 |
| TOTAL DEDS | .00 | 35.00 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX6517 | 196.71 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 196.71 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 240.47 | -14.43 | 226.04 | 29.33 | .00 | 196.71 |
| Y-T-D | 5,860.18 | -351.61 | 5,543.57 | 840.50 | 35.00 | 4,668.07 |

© 2019 Ceridian Corporation. All rights reser

3



| | | | | CHECK NO: | 530817352 |
|---|---|---|---|---|---|
| | BOSCOV'S DEPARTMENT STORE, LLC | | | PAGE NUMBER: | 1 of 1 |
| | 4500 Perkomen | | | CHECK DATE: | 4/12/2019 |
| | Reading, PA | | | PERIOD BEG/END: | 03/31/2019 - 04/06/2019 |
| | 19606 | | | PAY FREQUENCY: | WEEKLY |

| | | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| MCSHANE LLOYD, LISA | ID NUMBER: 0009222203 | FED: MARRIED 0 | FED: ST1: | PRI: PA LOC1: HT LOC3: |
| 424 BEN TITUS ROAD | BASE RATE: 10.2500 | ST1: 0 | DI/UC: | SEC: LOC2: LOC4: HL |
| TAMAQUA, PA 18252 | | ST2: | LOCAL: ST2: | LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| CURRENT EARNINGS | | | | SO SEC TAX | 18.14 | 286.91 | 401K MATCH | 4.39 |
| REGULAR | 10.2500 | 28.15 | 288.54 | MEDICARE TAX | 4.24 | 67.10 | MATCHYTD | 68.91 |
| CREDIT INCENT | | | 4.00 | FED INC TAX | 4.61 | 98.59 | UNITEDWAY AGENCY | |
| TOTAL HOURS WORKED | | 28.15 | | PRI-STATE TAX | 8.98 | 142.06 | W2GRPYTD | |
| TOTAL CURRENT HOURS/EARNINGS | | 28.15 | 292.54 | PRI-LOCAL TAX | 2.93 | 46.27 | YTD TIPS | |
| YEAR-TO-DATE EARNINGS | | | | 4-LOCAL TAX | 1.00 | 15.00 | 4BAL | 0.00 |
| REGULAR | | 434.24 | 4,450.99 | SDI/UC TAX | .18 | 2.78 | | |
| PERSONAL | | 5.50 | 56.36 | TOTAL TAXES | 40.28 | 658.71 | | |
| PAID DAY OFF | | 2.75 | 28.19 | | | | | |
| CREDIT INCENT | | | 57.00 | | | | | |
| PRIZE & AWARD | | | 35.00 | | | | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 442.49 | 4,627.56 | | | | | |

| PRE-TAX ITEMS | | | AFTER-TAX DEDUCTIONS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | CUR AMT | YTD AMT | | |
| 401K% | -17.55 | -275.56 | PRIZE & AWARD | .00 | 35.00 | XXXXXXXXXXXXX6517 | .00 |
| TOTAL PRE-TAX ITEMS | -17.55 | -275.56 | TOTAL DEDS | .00 | 35.00 | CHECK AMOUNT | 234.71 |
| | | | | | | TOTAL CURRENT NET PAY | 234.71 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 292.54 | -17.55 | 274.99 | 40.28 | .00 | 234.71 |
| Y-T-D | 4,592.56 | -275.56 | 4,352.00 | 658.71 | 35.00 | 3,658.29 |

© 2019 Ceridian Corporation. All rights reser

2



| | | | | BOSCOV'S DEPARTMENT STORE, LLC<br>4500 Perkomen<br>Reading, PA<br>19606 | | | CHECK NO: A222439<br>PAGE NUMBER: 1 of 1<br>CHECK DATE: 4/5/2019<br>PERIOD BEG/END: 03/24/2019 - 03/30/2019<br>PAY FREQUENCY: WEEKLY | |
|---|---|---|---|---|---|---|---|---|
| MCSHANE LLOYD, LISA<br>424 BEN TITUS ROAD<br>TAMAQUA, PA 18252 | | ID NUMBER: 0009222209<br>BASE RATE: 10.2500 | | STATUS EXEMPT<br>FED: MARRIED 0<br>ST1: 0<br>ST2: | | TAX ADJUSTMENTS:<br>FED: ST1:<br>DI/UC:<br>LOCAL: ST2: | STATE AND LOCAL CODES<br>PRI: PA LOC1: HT LOC3:<br>SEC: LOC2: LOC4: HL<br>LOC5: | |

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 10.2500 | 28.60 | 293.15 |
| CREDIT INCENT | | | 4.00 |
| TOTAL HOURS WORKED | | 28.60 | |
| TOTAL CURRENT HOURS/EARNINGS | | 28.60 | 297.15 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 406.09 | 4,162.45 |
| PERSONAL | | 5.50 | 56.38 |
| PAID DAY OFF | | 2.75 | 28.19 |
| CREDIT INCENT | | | 53.00 |
| PRIZE & AWARD | | | 35.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 414.34 | 4,335.02 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 18.42 | 268.77 |
| MEDICARE TAX | 4.31 | 62.86 |
| FED INC TAX | 5.24 | 93.78 |
| PRI-STATE TAX | 9.12 | 133.08 |
| PRI-LOCAL TAX | 2.97 | 43.34 |
| 4-LOCAL TAX | 1.00 | 14.00 |
| SDI/UC TAX | .18 | 2.60 |
| TOTAL TAXES | 41.24 | 618.43 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 4.46 |
| MATCHYTD | 64.52 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K% | -17.83 | -258.01 |
| TOTAL PRE-TAX ITEMS | -17.83 | -258.01 |

### AFTER-TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
|---|---|---|
| PRIZE & AWARD | .00 | 35.00 |
| TOTAL DEDS | .00 | 35.00 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX6713 | 238.08 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 238.08 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 297.15 | -17.83 | 279.32 | 41.24 | .00 | 238.08 |
| Y-T-D | 4,300.02 | -258.01 | 4,077.01 | 618.43 | 35.00 | 3,423.58 |



© 2019 Ceridian Corporation. All rights reser

2



| | | BOSCOV'S DEPARTMENT STORE, LLC | CHECK NO: | A215818 |
| --- | --- | --- | --- | --- |
| | | 4500 Perkiomen | PAGE NUMBER: | 1 of 1 |
| | | Reading, PA | CHECK DATE: | 3/29/2019 |
| | | 19606 | PERIOD BEG/END: | 03/17/2019 - 03/23/2019 |
| | | | PAY FREQUENCY: | WEEKLY |

| | | | STATUS EXEMPT | TAX ADJUSTMENTS: | | STATE AND LOCAL CODES | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| MCSHANE LLOYD, LISA | | | FED: MARRIED 0 | FED: | ST1: | PRI: PA LOC1: HT | LOC3: |
| 424 BEN TITUS ROAD | ID NUMBER: 0009222209 | | ST1: 0 | DI/UC: | | SEC: LOC2: | LOC4: HL |
| TAMAQUA, PA 18252 | BASE RATE: 10.2500 | | ST2: | LOCAL: | ST2: | | LOC5: |

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| CURRENT EARNINGS | | | | SO SEC TAX | 13.76 | 250.35 | 401K MATCH | 3.33 |
| REGULAR | 10.2500 | 21.45 | 219.86 | MEDICARE TAX | 3.22 | 58.55 | MATCHYTD | 60.06 |
| CREDIT INCENT | | | 2.00 | | | | UNITEDWAY AGENCY | |
| TOTAL HOURS WORKED | | 21.45 | | FED INC TAX | .00 | 88.54 | W2GRPYTD | |
| TOTAL CURRENT HOURS/EARNINGS | | 21.45 | 221.86 | PRI-STATE TAX | 6.81 | 123.56 | YTD TIPS | |
| YEAR-TO-DATE EARNINGS | | | | PRI-LOCAL TAX | 2.22 | 40.37 | 4BAL | 0.00 |
| REGULAR | | 377.49 | 3,869.30 | | | | | |
| PERSONAL | | 5.50 | 56.38 | 4-LOCAL TAX | 1.00 | 13.00 | | |
| PAID DAY OFF | | 2.75 | 28.19 | SDI/UC TAX | .13 | 2.42 | | |
| CREDIT INCENT | | | 49.00 | TOTAL TAXES | 27.14 | 577.19 | | |
| PRIZE & AWARD | | | 35.00 | | | | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 385.74 | 4,037.87 | | | | | |

| PRE-TAX ITEMS | | | AFTER-TAX DEDUCTIONS | | | CURRENT NET PAY DISTRIBUTION | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | CUR AMT | YTD AMT | PRIZE & AWARD | .00 | 35.00 | XXXXXXXXXXXXX6713 | 181.41 |
| 401K% | -13.31 | -240.18 | | | | CHECK AMOUNT | .00 |
| TOTAL PRE-TAX ITEMS | -13.31 | -240.18 | TOTAL DEDS | .00 | 35.00 | TOTAL CURRENT NET PAY | 181.41 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| CURRENT | 221.86 | -13.31 | 208.55 | 27.14 | .00 | 181.41 |
| Y-T-D | 4,002.87 | -240.18 | 3,797.69 | 577.19 | 35.00 | 3,185.50 |



© 2019 Ceridian Corporation. All rights reser

1

| | BOSCOV'S DEPARTMENT STORE, LLC | CHECK NO: A209196 |
| --- | --- | --- |
| Boscov's | 4500 Perkiomen | PAGE NUMBER: 1 of 1 |
| | Reading, PA | CHECK DATE: 3/22/2019 |
| | 19606 | PERIOD BEG/END: 03/10/2019 - 03/16/2019 |
| | | PAY FREQUENCY: WEEKLY |

| MCSHANE LLOYD, LISA | | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| --- | --- | --- | --- | --- |
| 424 BEN TITUS ROAD | ID NUMBER: 0009222209 | FED: MARRIED 0 | FED: ST1: | PRI: PA LOC1: HT LOC3: |
| TAMAQUA, PA 18252 | BASE RATE: 10.2500 | ST1: 0 | DI/UC: | SEC: LOC2: LOC4: HL |
| | | ST2: | LOCAL: ST2: | LOC5: |

### IMPORTANT MESSAGE

#### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
| --- | --- | --- | --- |
| CURRENT EARNINGS | | | |
| REGULAR | 10.2500 | 36.22 | 371.26 |
| CREDIT INCENT | | | 4.00 |
| TOTAL HOURS WORKED | | 36.22 | |
| TOTAL CURRENT HOURS/EARNINGS | | 36.22 | 375.26 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 356.04 | 3,649.44 |
| PERSONAL | | 5.50 | 56.38 |
| PAID DAY OFF | | 2.75 | 28.19 |
| CREDIT INCENT | | | 47.00 |
| PRIZE & AWARD | | | 35.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 364.29 | 3,816.01 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
| --- | --- | --- |
| SO SEC TAX | 23.26 | 236.59 |
| MEDICARE TAX | 5.44 | 55.33 |
| FED INC TAX | 12.58 | 88.54 |
| PRI-STATE TAX | 11.52 | 117.15 |
| PRI-LOCAL TAX | 3.75 | 38.15 |
| 4-LOCAL TAX | 1.00 | 12.00 |
| SDI/UC TAX | .23 | 2.29 |
| TOTAL TAXES | 57.78 | 550.05 |

#### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
| --- | --- |
| 401K MATCH | 5.63 |
| MATCHYTD | 56.73 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

#### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
| --- | --- | --- |
| 401K% | -22.52 | -226.87 |
| TOTAL PRE-TAX ITEMS | -22.52 | -226.87 |

#### AFTER-TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
| --- | --- | --- |
| PRIZE & AWARD | .00 | 35.00 |
| TOTAL DEDS | .00 | 35.00 |

#### CURRENT NET PAY DISTRIBUTION

| | |
| --- | --- |
| XXXXXXXXXXXXX6713 | 294.96 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 294.96 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| CURRENT | 375.26 | -22.52 | 352.74 | 57.78 | .00 | 294.96 |
| Y-T-D | 3,781.01 | -226.87 | 3,589.14 | 550.05 | 35.00 | 3,004.09 |



© 2019 Ceridian Corporation. All rights reser

Calculate this Check

## Boscov's

BOSCOV'S DEPARTMENT STORE, LLC
4500 Perkiomen
Reading, PA
19606

| | |
|---|---|
| CHECK NO: | A202567 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 3/15/2019 |
| PERIOD BEG/END: | 03/03/2019 - 03/09/2019 |
| PAY FREQUENCY: | WEEKLY |

MCSHANE LLOYD, LISA
424 BEN TITUS ROAD
TAMAQUA, PA 18252

ID NUMBER: 0009222209
BASE RATE: 10.2500

STATUS  EXEMPT
FED: MARRIED   0
ST1:           0
ST2:

TAX ADJUSTMENTS:
FED:     ST1:
DI/UC:
LOCAL:   ST2:

STATE AND LOCAL CODES
PRI: PA  LOC1: HT  LOC3:
SEC:     LOC2:     LOC4: HL
                   LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 10.2500 | 24.56 | 251.74 |
| PERSONAL | 10.2500 | 5.50 | 56.38 |
| TOTAL HOURS WORKED | | 24.56 | |
| TOTAL CURRENT HOURS/EARNINGS | | 30.06 | 308.12 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 319.82 | 3,278.18 |
| PERSONAL | | 5.50 | 56.38 |
| PAID DAY OFF | | 2.75 | 28.19 |
| CREDIT INCENT | | | 43.00 |
| PRIZE & AWARD | | | 35.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 328.07 | 3,440.75 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 19.11 | 213.33 |
| MEDICARE TAX | 4.47 | 49.89 |
| FED INC TAX | 6.27 | 75.96 |
| PRI-STATE TAX | 9.46 | 105.63 |
| PRI-LOCAL TAX | 3.08 | 34.40 |
| 4-LOCAL TAX | 1.00 | 11.00 |
| SDI/UC TAX | .18 | 2.06 |
| TOTAL TAXES | 43.57 | 492.27 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 4.62 |
| MATCHYTD | 51.10 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K% | -18.49 | -204.35 |
| TOTAL PRE-TAX ITEMS | -18.49 | -204.35 |

### AFTER-TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
|---|---|---|
| PRIZE & AWARD | .00 | 35.00 |
| TOTAL DEDS | .00 | 35.00 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX6713 | 246.06 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 246.06 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 308.12 | -18.49 | 289.63 | 43.57 | .00 | 246.06 |
| Y-T-D | 3,405.75 | -204.35 | 3,236.40 | 492.27 | 35.00 | 2,709.13 |



© 2019 Ceridian Corporation. All rights reser



| | BOSCOV'S DEPARTMENT STORE, LLC 4500 Perkiomen Reading, PA 19606 | CHECK NO: A195933 PAGE NUMBER: 1 of 1 CHECK DATE: 3/8/2019 PERIOD BEG/END: 02/24/2019 - 03/02/2019 PAY FREQUENCY: WEEKLY |
|---|---|---|
| MCSHANE LLOYD,LISA 424 BEN TITUS ROAD TAMAQUA, PA 18252 | ID NUMBER: 0009222209 BASE RATE: 10.2500 | STATUS EXEMPT  TAX ADJUSTMENTS:  STATE AND LOCAL CODES FED: MARRIED 0  FED:  ST1:  PRI: PA LOC1: HT LOC3: ST1: 0  DI/UC:  SEC:  LOC2: LOC4: HL ST2:  LOCAL:  ST2:  LOC5: |

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 10.2500 | 28.54 | 292.54 |
| CREDIT INCENT | | | 6.00 |
| TOTAL HOURS WORKED | | 28.54 | |
| TOTAL CURRENT HOURS/EARNINGS | | 28.54 | 298.54 |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 295.26 | 3,026.44 |
| PAID DAY OFF | | 2.75 | 28.19 |
| CREDIT INCENT | | | 43.00 |
| PRIZE & AWARD | | | 35.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 298.01 | 3,132.63 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 18.51 | 194.22 |
| MEDICARE TAX | 4.33 | 45.42 |
| FED INC TAX | 5.37 | 69.69 |
| PRI-STATE TAX | 9.17 | 96.17 |
| PRI-LOCAL TAX | 2.99 | 31.32 |
| 4-LOCAL TAX | 1.00 | 10.00 |
| SDI/UC TAX | .18 | 1.88 |
| TOTAL TAXES | 41.55 | 448.70 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 4.48 |
| MATCHYTD | 46.48 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K% | -17.91 | -185.86 |
| TOTAL PRE-TAX ITEMS | -17.91 | -185.86 |

### AFTER-TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
|---|---|---|
| PRIZE & AWARD | .00 | 35.00 |
| TOTAL DEDS | .00 | 35.00 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXXX6713 | 239.08 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 239.08 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 298.54 | -17.91 | 280.63 | 41.55 | .00 | 239.08 |
| Y-T-D | 3,097.63 | -185.86 | 2,946.77 | 448.70 | 35.00 | 2,463.07 |



© 2019 Ceridian Corporation. All rights reser

1

Calculate this Check

# Boscov's

**BOSCOV'S DEPARTMENT STORE, LLC**
4500 Perkiomen
Reading, PA
19606

| | |
|---|---|
| CHECK NO: | A189217 |
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 3/1/2019 |
| PERIOD BEG/END: | 02/17/2019 - 02/23/2019 |
| PAY FREQUENCY: | WEEKLY |

MCSHANE LLOYD, LISA
424 BEN TITUS ROAD
TAMAQUA, PA 18252

ID NUMBER: 0009222209
BASE RATE: 10.2500

**STATUS EXEMPT**
FED: MARRIED 0
ST1: 0
ST2:

**TAX ADJUSTMENTS:**
FED: ST1:
DI/UC:
LOCAL: ST2:

**STATE AND LOCAL CODES**
PRI: PA LOC1: HT LOC3:
SEC: LOC2: LOC4: HL
LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 10.2500 | 32.20 | 330.05 |
| CREDIT INCENT | | | 6.00 |
| TOTAL HOURS WORKED | | 32.20 | |
| TOTAL CURRENT HOURS/EARNINGS | | 32.20 | 336.05 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 266.72 | 2,733.90 |
| PAID DAY OFF | | 2.75 | 28.19 |
| CREDIT INCENT | | | 37.00 |
| PRIZE & AWARD | | | 35.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 269.47 | 2,834.09 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 20.83 | 175.71 |
| MEDICARE TAX | 4.87 | 41.09 |
| FED INC TAX | 8.90 | 64.32 |
| PRI-STATE TAX | 10.32 | 87.00 |
| PRI-LOCAL TAX | 3.36 | 28.33 |
| 4-LOCAL TAX | 1.00 | 9.00 |
| SDI/UC TAX | .20 | 1.70 |
| TOTAL TAXES | 49.48 | 407.15 |

### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 5.04 |
| WATCHYTD | 42.00 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K% | -20.16 | -167.95 |
| TOTAL PRE-TAX ITEMS | -20.16 | -167.95 |

### AFTER-TAX DEDUCTIONS

| | CUR | YTD |
|---|---|---|
| PRIZE & AWARD | .00 | 35.00 |
| TOTAL DEDS | .00 | 35.00 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX6713 | 266.41 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 266.41 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 336.05 | -20.16 | 315.89 | 49.48 | .00 | 266.41 |
| Y-T-D | 2,799.09 | -167.95 | 2,666.14 | 407.15 | 35.00 | 2,223.99 |



© 2019 Ceridian Corporation. All rights reser

1

Case 5:19-bk-01520-RNO    Doc 17    Filed 05/31/19    Entered 05/31/19 10:23:21    Desc
Main Document    Page 8 of 10



| | | | | CHECK NO: | A169274 |
|---|---|---|---|---|---|
| | BOSCOV'S DEPARTMENT STORE, LLC | | | PAGE NUMBER: | 1 of 1 |
| | 4500 Perkiomen | | | CHECK DATE: | 2/8/2019 |
| | Reading, PA | | | PERIOD BEG/END: | 01/27/2019 - 02/02/2019 |
| | 19606 | | | PAY FREQUENCY: | WEEKLY |

| MCSHANE LLOYD,LISA | | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 424 BEN TITUS ROAD | ID NUMBER: 0009222209 | FED: MARRIED 0 | FED: ST1: | PRI: PA LOC1: HT LOC3: |
| TAMAQUA, PA 18252 | BASE RATE: 10.2500 | ST1: 0 | DI/UC: | SEC: LOC2: LOC4: HL |
| | | ST2: | LOCAL: ST2: | LOC5: |

### IMPORTANT MESSAGE

#### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| CURRENT EARNINGS | | | |
| REGULAR | 10.2500 | 25.30 | 259.33 |
| CREDIT INCENT | | | 2.00 |
| TOTAL HOURS WORKED | | 25.30 | |
| TOTAL CURRENT HOURS/EARNINGS | | 25.30 | 261.33 |
| YEAR-TO-DATE EARNINGS | | | |
| REGULAR | | 180.14 | 1,846.45 |
| CREDIT INCENT | | | 27.00 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 180.14 | 1,873.45 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 16.20 | 116.15 |
| MEDICARE TAX | 3.79 | 27.17 |
| FED INC TAX | 1.87 | 41.88 |
| PRI-STATE TAX | 8.02 | 57.51 |
| PRI-LOCAL TAX | 2.61 | 18.73 |
| 4-LOCAL TAX | 1.00 | 6.00 |
| SDI/UC TAX | .15 | 1.12 |
| TOTAL TAXES | 33.64 | 268.56 |

#### SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| 401K MATCH | 3.92 |
| MATCHYTD | 28.12 |
| UNITEDWAY AGENCY | |
| W2GRPYTD | |
| YTD TIPS | |
| 4BAL | 0.00 |

#### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K% | -15.68 | -112.41 |
| TOTAL PRE-TAX ITEMS | -15.68 | -112.41 |

#### CURRENT NET PAY DISTRIBUTION

| | XXXXXXXXXXXXX6713 | 212.01 |
|---|---|---|
| CHECK AMOUNT | | .00 |
| TOTAL CURRENT NET PAY | | 212.01 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 261.33 | -15.68 | 245.65 | 33.64 | .00 | 212.01 |
| Y-T-D | 1,873.45 | -112.41 | 1,761.04 | 268.56 | .00 | 1,492.48 |



© 2019 Ceridian Corporation. All rights reser

| | BOSCOV'S DEPARTMENT STORE, LLC | | | CHECK NO: | A162592 |
| --- | --- | --- | --- | --- | --- |
| Boscov's | 4500 Perkiomen | | | PAGE NUMBER: | 1 of 1 |
| | Reading, PA | | | CHECK DATE: | 2/1/2019 |
| | 19606 | | | PERIOD BEG/END: | 01/20/2019 - 01/26/2019 |
| | | | | PAY FREQUENCY: | WEEKLY |

| MCSHANE LLOYD, LISA | | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
| --- | --- | --- | --- | --- |
| 424 BEN TITUS ROAD | ID NUMBER: 0009222209 | FED: MARRIED 0 | FED: ST1: | PRI: PA LOC1: HT LOC3: |
| TAMAQUA, PA 18252 | BASE RATE: 10.2500 | ST1: 0 | DI/UC: | SEC: LOC2: LOC4: HL |
| | | ST2: | LOCAL: ST2: | LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| CURRENT EARNINGS | | | | SO SEC TAX | 16.30 | 99.95 | 401K MATCH | 3.95 |
| REGULAR | 10.2500 | 25.07 | 256.97 | MEDICARE TAX | 3.82 | 23.38 | MATCHYTD | 24.20 |
| CREDIT INCENT | | | 6.00 | FED INC TAX | 2.03 | 40.01 | UNITEDWAY AGENCY | |
| TOTAL HOURS WORKED | | 25.07 | | PRI-STATE TAX | 8.07 | 49.49 | W/2GRPYTD | |
| TOTAL CURRENT HOURS/EARNINGS | | 25.07 | 262.97 | | | | YTD TIPS | |
| YEAR-TO-DATE EARNINGS | | | | PRI-LOCAL TAX | 2.63 | 16.12 | 4BAL | 0.00 |
| REGULAR | | 154.84 | 1,587.12 | 4-LOCAL TAX | 1.00 | 5.00 | | |
| CREDIT INCENT | | | 25.00 | SDI/UC TAX | .16 | .97 | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 154.84 | 1,612.12 | TOTAL TAXES | 34.01 | 234.92 | | |

| PRE-TAX ITEMS | | | | | | | CURRENT NET PAY DISTRIBUTION | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | | CUR AMT | YTD AMT | | | | XXXXXXXXXXXXX6713 | 213.18 |
| 401K% | | -15.78 | -96.73 | | | | CHECK AMOUNT | .00 |
| TOTAL PRE-TAX ITEMS | | -15.78 | -96.73 | | | | TOTAL CURRENT NET PAY | 213.18 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| CURRENT | 262.97 | -15.78 | 247.19 | 34.01 | .00 | 213.18 |
| Y-T-D | 1,612.12 | -96.73 | 1,515.39 | 234.92 | .00 | 1,280.47 |

© 2019 Ceridian Corporation. All rights reser

2