```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-01520-RNO
Lisa L McShane-Lloyd                                            Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: LyndseyPr        Page 1 of 1        Date Rcvd: Jun 19, 2019
                            Form ID: ntcnfhrg      Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db         +Lisa L McShane-Lloyd,    424 Ben Titus Rd,    Tamaqua, PA 18252-4826
cr          Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
             Harrisburg, PA 17128-0938
5184503    +Carrington Mortgage Services LLC,    PO Box 79001,    Phoenix, AZ 85062-9001
5186030    +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Suite 3000,    Southfield, MI 48034-8331
5199018    +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
5203897    +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
             1600 South Douglass Road,    Anaheim, CA 92806-5948
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5211756        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:14:40      LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5193008        E-mail/PDF: cbp@onemainfinancial.com Jun 19 2019 20:03:48     ONEMAIN,    P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
5189965        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 19:57:51
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA 17128-0946
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19
               bkgroup@kmllawgroup.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance   Commonwealth of Pennsylvania,
               Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov
              Shane Hause Hobbs    on behalf of Debtor 1 Lisa L McShane-Lloyd shane@shanehobbslawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Lisa L McShane–Lloyd,<br>    **Debtor 1** | Chapter     13<br><br>Case No.     5:19–bk–01520–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **July 17, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes–Barre, PA 18701 | Date: July 24, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2019 |

ntcnfhrg (03/18)