

June 24, 2019

**BANKRUPTCY COURT/CHAPTER 13 TRUSTEE**

RE: Lisa Lloyd

CASE # 19-01520

ACCOUNT #: ****1781

Credit Acceptance is withdrawing its Claim # 2 filed 4/16/2019 in the amount of $6,074.81.

Any questions, please feel free to contact me at (800) 667-4753.

Sincerely,

**Alicia Ford**
**Bankruptcy Coordinator**
Bankruptcy

25505 West Twelve Mile Road ~ Southfield ~ MI 48034
Phone 800.667.4753   Fax 800.659.9667

 



2017 FORTUNE Magazine's 100 Best Companies to Work For