```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01520-RNO
Lisa L McShane-Lloyd                                                Chapter 13
       Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: LyndseyPr            Page 1 of 1            Date Rcvd: Aug 14, 2019
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
          +Dolores Lloyd,    424 Ben Titus Road,    Tamaqua, PA 18252-4826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Credit Acceptance    asr@creditacceptance.com
          James Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19
           bkgroup@kmllawgroup.com
          Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance    Commonwealth of Pennsylvania,
           Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov
          Shane Hause Hobbs    on behalf of Debtor 1 Lisa L McShane-Lloyd shane@shanehobbslawoffice.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa L. McShane-Lloyd<br>         **Debtor** | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as Additional Respondent for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19<br>         **Movant**<br>      vs. | NO. 19-01520 RNO |
| Lisa L. McShane-Lloyd<br>Dolores Lloyd<br>         **Respondents** | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III Esq.<br>         **Additional Respondent** | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 424 Ben Titus Road, Tamaqua, PA 18252 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: August 14, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (PAR)