# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re    LISA L. MCSHANE LLYOD | ) | BANKRUPTCY CASE |
| | ) | NO. 5:19-bk-01520-RNO |
| Debtors | ) | |
| | ) | CHAPTER 13 |
| OneMain Financial Group, LLC | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Lisa L. McShane Lloyd | ) | |
| Richard Lloyd | ) | |
| Respondents | ) | |

## CERTIFICATION OF NO RESPONSE AND REQUEST FOR ENTRY OF STAY RELIEF ORDER

I, Peter E. Meltzer, counsel for OneMain Financial Group, LLC, hereby certify that:

1.    On August 21, 2019, I caused to be served on the Debtor, Debtor's Counsel and the Trustee the Motion of movant for Stay relief in the above matter, a proposed form of Order and the Notice of Response Deadline and Hearing Date.  I filed a Certificate of Service with the Court on the same date indicating service of the above documents on the above individuals.

2.    Under the Notice of Motion, a response was due on or before September 4, 2019.

3.    A hearing on Movant's Motion is scheduled for September 19. 2019..

4.    No response was filed by the Debtor to the Motion as of the date hereof.

5.    Based on the foregoing, it is hereby respectfully requested that Movant's Motion for Relief from Stay be granted.

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

/s/Peter E. Meltzer___
Peter E. Meltzer, Esquire
Attorney for One Main Financial Group, LLC
2000 Market St., Suite 1300
Philadelphia, PA 19103
267-295-3363
Dated: September 5, 2019          Attorney I.D. No. 39828