```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 19-01520-RNO
Lisa L McShane-Lloyd                                           Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Sep 10, 2019
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
          +Richard Lloyd,    424 Ben Titus Rd.,    Tamaqua, PA 18252-4826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Credit Acceptance    asr@creditacceptance.com
              James  Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19
               bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Rush Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance   Commonwealth of Pennsylvania,
                Department of Revenue mvaneck@attorneygeneral.gov,    ARC-CourtMiddleDistrict@attorneygeneral.gov
              Peter E Meltzer    on behalf of Creditor    OneMain Financial Group, LLC bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              Shane Hause Hobbs    on behalf of Debtor 1 Lisa L McShane-Lloyd shane@shanehobbslawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: LISA L. MCSHANE LLOYD<br>　　　　　　　　　　　**Debtor** | BANKRUPTCY CASE<br>NO.: 5:19-bk-01520-RNO |
| **OneMain Financial Group, LLC**<br>　　　　　　　　　　　**Movant**<br>　　v.<br>**Lisa L. McShane Lloyd**<br>**Richard Lloyd**<br>　　　　　　　　　　　**Respondents** | CHAPTER 13 |

## ORDER

AND NOW, upon consideration of the Motion of OneMain Financial Group, LLC ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2004 Subaru Legacy, VIN 4S3BH675647642953.

FURTHER ORDERED that this Order shall also be applicable to Richard Lloyd under Section 1301(c)(3) of the Bankruptcy Code.

Dated: September 10, 2019　　　　　By the Court,

　　　　　　　　　　　　　　　　　　*Robert N. Opel II*
　　　　　　　　　　　　　　　　　　Robert N. Opel, II, Chief Bankruptcy Judge (PAR)