In re:                                                      Case No. 19-01520-RNO
Lisa L McShane-Lloyd                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: LyndseyPr        Page 1 of 1              Date Rcvd: Oct 08, 2019
                           Form ID: ordsmiss       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
```
db             +Lisa L McShane-Lloyd,    424 Ben Titus Rd,    Tamaqua, PA 18252-4826
cr              Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                 Harrisburg, PA  17128-0938
5184503        +Carrington Mortgage Services LLC,    PO Box 79001,    Phoenix, AZ 85062-9001
5186030        +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Suite 3000,    Southfield, MI 48034-8331
5199018        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
5239045        +Rush Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
5203897        +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AGFINANCE.COM Oct 08 2019 23:03:00      OneMain Financial Group, LLC,    601 N.W. 2nd St.,
                 Evansville, IN 47708-1013
5212678         EDI: JEFFERSONCAP.COM Oct 08 2019 23:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
5211756         EDI: RESURGENT.COM Oct 08 2019 23:03:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
5211756         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 19:20:56      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5193008         EDI: AGFINANCE.COM Oct 08 2019 23:03:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5189965         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 08 2019 19:06:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5254663         EDI: ECMC.COM Oct 08 2019 23:03:00      US Department of Education,    PO Box 16448,
                 Saint Paul, MN 55116-0448
                                                                                         TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Rush Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Credit Acceptance   asr@creditacceptance.com
              James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19
               bkgroup@kmllawgroup.com
              James Randolph Wood   on behalf of Creditor   Rush Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Melissa L. Van Eck   on behalf of Creditor Bureau of Compliance   Commonwealth of Pennsylvania,
               Department of Revenue mvaneck@attorneygeneral.gov,   ARC-CourtMiddleDistrict@attorneygeneral.gov
              Peter E Meltzer   on behalf of Creditor   OneMain Financial Group, LLC bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              Shane Hause Hobbs   on behalf of Debtor 1 Lisa L McShane-Lloyd shane@shanehobbslawoffice.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lisa L McShane–Lloyd,        Chapter       13

**Debtor 1**

Case No.       5:19–bk–01520–RNO

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  October 8, 2019          By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)